

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2022

No. 04-22-00235-CV

Jim **CRAVER,**
Appellant

v.

**FAITH LUTHERAN CHURCH,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 21-0912-CV-E
Honorable William D. Old III, Judge Presiding

# O R D E R

Because it appeared the notice of appeal was potentially untimely filed, we ordered appellant to show cause in writing by May 19, 2022, why this appeal should not be dismissed for lack of jurisdiction. Appellant responded with a reasonable explanation, stating that the appeal is an ordinary appeal and that the notice of appeal was filed within 30 days after the judgment was signed. *See* TEX. R. APP. P. 26.1. Accordingly, we deem the notice of appeal as timely filed and retain the appeal on the docket of this court.

It is **ORDERED** that the reporter's record is due thirty days from the date of this order and the appeal will proceed as an ordinary appeal.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court